USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/11/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                  Plaintiff,

-against-

GTV MEDIA GROUP, INC., SARACA MEDIA GROUP, INC., and VOICE OF GUO MEDIA, INC.,

                  Defendants.

22 Misc. 138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 5, 2022, the Court ordered Plaintiff to submit a revised proposed order by October 10, 2022. ECF No. 31. The revised proposed order is now overdue. Accordingly, by **October 14, 2022**, Plaintiff shall submit a revised proposed order.

    SO ORDERED.

Dated: October 11, 2022
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge